MacNEIL *v.* MORTON ᴇᴛ ᴀʟ., JUSTICES OF THE SUPERIOR COURT.

No. 432.   Decided December 7, 1959.

Appellant *pro se.*

*Edward J. McCormack, Jr.,* Attorney General of Massachusetts, and *Richard H. Gens* and *William F. Long, Jr.,* Assistant Attorneys General, for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

VERNON *v.* BENNETT, WARDEN.

No. 397, Misc.   Decided December 7, 1959.

Appellant *pro se.*

*Norman A. Erbe,* Attorney General of Iowa, for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.